UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20345-CR-ZLOCH(s)

UNITED STATES OF AMERICA,

  Plaintiff,

v.

ANXEL PUENTES,

  Defendant.
_____

### REPORT AND RECOMMENDATION

  THIS CAUSE is before the Court on the defendant **Anxel Puntes'** Motion to Dismiss Count II (DE 19), which was referred to United States Magistrate Judge, Lurana S. Snow, for report and recommendation.

### CONCLUSION

  This Court having considered carefully the pleadings, arguments of counsel, and the applicable case law, it is hereby

  RECOMMENDED that the Motion to Dismiss Count II (DE 19) be DENIED, for the reasons set forth in the Government's response (DE 24), which is attached hereto and incorporated by reference herein.

  DONE AND SUBMITTED at Fort Lauderdale, Florida, this 28th day of June, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Lynn Rosenthal (FTL)
Albert Levin, Esq.