UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20345-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    **O R D E R**

ANXEL PUENTES,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Anxel Puentes's Motion To Dismiss Count II (DE 19), and upon the Report And Recommendation (DE 30), filed herein by United States Magistrate Judge Lurana S. Snow. The Court has carefully reviewed said Report And Recommendation and Motion, has conducted a *de novo* review of the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report And Recommendation (DE 30), filed herein by United States Magistrate Judge Lurana S. Snow be and the same is hereby approved, adopted, and ratified by the Court; and

    2. Defendant Anxel Puentes's Motion To Dismiss Count II (DE

19) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of June, 2007.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

Lynn Rosenthal, Esq., AUSA
For Plaintiff

Albert Levin, Esq.
For Defendant